IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID L. NELSON and SAVANNAH NELSON, § § § *Plaintiffs*, § § V. § FIRST BANK d/b/a First Bank § Mortgage, DEUTSCHE BANK § TRUST COMPANY AMERICAS, as § Trustee for Saxon Asset Securities § Trust 2001-2, Mortgage Loan Asset § Backed Certificates, Series 2001-2 § f/k/a Bankers Trust Company, AVT § TITLE SERVICES, LLC, and PHH § MORTGAGE CORPORATION, § § *Defendants*. § | | No. 3:24-CV-2086-X-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 30, 2024, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly, Defendant AVT Title Services, LLC, is **DISMISSED WITHOUT PREJUDICE** and the Court retains jurisdiction over this case under 28 U.S.C. § 1332.

**SO ORDERED** this 28th day of October, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE