IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID L NELSON and<br>SAVANNAH NELSON,<br><br>Plaintiffs,<br><br>V.<br><br>FIRST BANK d/b/a First Bank<br>Mortgage, DEUTSCHE BANK<br>TRUST COMPANY AMERICAS, as<br>Trustee for Saxon Asset Securities<br>Trust 2001-2, Mortgage Loan Asset<br>Backed Certificates, Series 2001-2<br>f/k/a Bankers Trust Company, AVT<br>TITLE SERVICES, LLC, and PHH<br>MORTGAGE CORPORATION,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:24-cv-2086-X-BN |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should remand this lawsuit for lack of subject-matter jurisdiction. *See* Dkt. No. 33. But the Magistrate Judge recommended that if, within the time to file objections, Defendant PHH Mortgage Corporation and Defendant Deutsche Bank Trust Company Americas, formerly known as Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Asset Backed Certificates, Series 2001-2 provide evidence to support their jurisdictional allegations, the Court should grant Defendants' Motion for Summary Judgment [Dkt. No. 25] and dismiss with prejudice Plaintiffs David Nelson

and Savannah Nelson's claims against them. *See id.*

Defendants filed objections and submitted evidence to support their jurisdictional allegations. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 13th day of February, 2026.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE